UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NAVY FEDERAL CREDIT UNION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ESTATE OF WALTER E. THOMAS III, ) <br> TIFFANY L. SKINNER-DESOUZA, ) <br> WALTER E. THOMAS IV, and AMBER ) <br> THOMAS, ) <br> ) <br> Defendants, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE and the ) <br> STATE OF RHODE ISLAND DIVISION OF ) <br> TAXATION ) <br> ) <br> Interpleader Defendants. ) | Case No. 1:23-cv-00522-JJM-PAS <br><br> Hon. Chief Judge John J. McConnell, Jr. <br> Magistrate Judge Patricia A. Sullivan |

**JOINT MOTION FOR ENTRY OF JUDGMENT
AND DISBURSEMENT OF INTERPLEADER FUNDS**

The United States of America, Navy Federal Credit Union, the Estate of Walter E. Thomas, III, the named heirs, Walter E. Thomas, IV, Shawn P. Thomas, Tiffany L. Skinner-DeSousa, and Amber Lynn Thomas, and the State of Rhode Island Division of Taxation (collectively "the Parties") jointly move the Court to enter their proposed Consent Judgment and separate order to disburse the interpleader funds in this case. In support of their motion, the Parties state as follows:

1. This case presents the issue of the disbursement of surplus funds following the foreclosure of Plaintiff Navy Federal Credit Union's mortgage with Walter E. Thomas, III, upon the property located at 14 Acorn Valley Way, Charlestown, RI 02813. Plaintiff's foreclosure

1

action took place in the Washington County Superior Court in the State of Rhode Island. After the foreclosure sale and satisfaction of plaintiff's first mortgage from the proceeds, Plaintiff deposited $216,481.41 into the state court's registry.

2. At the state court's direction, Plaintiff moved to interplead the Internal Revenue Service ("IRS") and the State of Rhode Island Division of Taxation ("Rhode Island Tax Division") so they could assert their interests in the surplus funds.

3. The United States, on behalf of the IRS as the proper party to the action, removed this action to this Court on December 7, 2023, pursuant to 28 U.S.C. §§ 1441, 1442, and 1444.

4. The state court sent the funds plus accrued interest, a total of $218,396.82, to this Court, which received and deposited the funds on or about June 27, 2024.

5. Navy Federal Credit Union claims $22,855.61 for the value of its second, junior mortgage on the property, formerly held by Walter E. Thomas, III, and Donna J. Thomas, as recorded with the Land Evidence Records for the Town of Charlestown in Book 305, Page 239. The attorney for Navy Federal Credit Union also claims an attorney fee calculated at $1,050.00 to be distributed from the interpleader funds for this interpleader action.

6. The United States claims $49,852.71 for the unpaid federal tax liability of Walter E. Thomas, III, for 2013, 2014, 2016 and 2017. This total liability includes assessed and accrued late-filing and late-payment penalties under 26 U.S.C. § 6651, or penalties for failure to make estimated tax payments under 26 U.S.C. § 6654, costs and statutory interests, and abatements, payments, credits calculated to December 11, 2024. Pursuant to 26 U.S.C. §§ 6321 and 6322, liens for the tax liabilities arose at the time of the assessments of the liabilities and attached to all property owned or later acquired by Walter E. Thomas, III, including the property and proceeds therefrom at issue in this case.

7. The Parties agree that the Rhode Island Tax Division is named as a Defendant if and to the extent it claims any lien or interest in the surplus funds arising by operation of law or otherwise, including but not limited to as a potential holder of an estate tax lien arising by operation of law upon the death of Walter E. Thomas, III on March 13, 2019. This Joint Motion for Entry of Judgment and Disbursement of Interpleader Funds makes no determination as to liability for any tax, lien or interest in the surplus funds, arising by operation of law or otherwise, that the Rhode Island Tax Division may claim. Rhode Island confidentiality laws prevent the Rhode Island Tax Division from disclosing taxpayer information without a court order. *See* R.I. Gen. Laws § 44-1-14; 280-RICR-20-00-4.2(D); *De Biasio v. Gervais Elecs. Corp.*, 459 A.2d 941, 943 (R.I. 1983).

8. The Parties agree that the interpleader complaint and this motion do not entail a collateral attack upon the validity of any state tax liability, lien or interest arising by operation of law or otherwise.

9. As agreed between the Rhode Island Tax Division and the heirs of Walter E. Thomas, III, and the Estate of Walter E. Thomas, III, (collectively the "Estate") by separate agreement dated November 30, 2024, the Estate asserts their claims to the funds to be distributed in accordance with the last will and testament of Walter E. Thomas, III, and applicable law, subject to the Rhode Island Tax Division's claim of any lien or interest in the surplus funds arising by operation of law or otherwise, if any.

10. The Parties agree that the registry funds should be distributed to satisfy the claims of Navy Federal Credit Union, and the United States, with the remainder to be distributed to the Estate of Walter E. Thomas, III, subject to the Rhode Island Tax Division's claim of any lien or

interest in the surplus funds arising by operation of law or otherwise, if any. To accomplish that result, the Parties enclose a proposed judgment and a proposed order of distribution.

| | |
|---|---|
| DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br><br>*/s/ Sarah Stoner*<br>SARAH STONER<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 55<br>Washington, D.C. 20044<br>T: (202) 514-1170 / F: (202) 514-5238<br>Sarah.Stoner@usdoj.gov | */s/ Michael Hagopian* (with permission)<br>MICHAEL HAGOPIAN<br>BROCK & SCOTT, PLLC<br>*Counsel for Navy Federal Credit Union*<br>23 Messenger St – 2nd Floor<br>Plainville, MA 02762<br>(401) 217-8774<br>Michael.Hagopian@brockandscott.com |
| */s/ Domenic A. Mosca, Jr.* (with permission)<br>DOMENIC A. MOSCA, JR.<br>Mosca and Volpe<br>*Counsel for Estate of Walter E. Thomas, III, Walter E. Thomas, IV, Shawn P. Thomas, Tiffany L. Skinner-DeSousa, and Amber Lynn Thomas)*<br>130 Tower Hill Road<br>North Kingstown, Rhode Island 02852<br>(401) 295-5323<br>office@moscaandvolpe.com | */s/ John A. Beretta* (with permission)<br>JOHN A. BERETTA<br>Rhode Island Department of Revenue<br>Division of Taxation<br>One Capitol Hill<br>Providence, RI 02908<br>(401) 574-8154<br>John.A.Beretta@tax.ri.gov |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 2, 2024, she filed the *Joint Motion for Entry of Judgment and Disbursement of Interpleader Funds* with the Court, notice of which will be sent electronically via the Court's CM/ECF system to all parties registered to receive electronic notification.

*/s/ Sarah Stoner*
SARAH STONER
Trial Attorney, Tax Division
U.S. Department of Justice
